IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KEYSTONE TUBE COMPANY, LLC,[1] et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-11330 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 16, 17, 214, 215 |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING THE
DEBTORS' DISCLOSURE STATEMENT
FOR, AND CONFIRMING, THE DEBTORS' AMENDED PREPACKAGED
JOINT CHAPTER 11 PLAN OF REORGANIZATION**

The undersigned counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On June 18, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Prepackaged Joint Chapter 11 Plan of Reorganization* [Docket No. 16] (the "Original Plan") and the *Disclosure Statement for Debtors' Prepackaged Joint Chapter 11 Plan of Reorganization* [Docket No. 17] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. On July 25, 2017, the Debtors filed the *Notice of Filing of Debtors' Amended Prepackaged Joint Chapter 11 Plan of Reorganization* [Docket No. 214] (the "Notice") and attached a copy of the *Debtors' Amended Prepackaged Joint Chapter 11 Plan of Reorganization* (the "Amended Plan") to the Notice.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Keystone Tube Company, LLC (8746); A.M. Castle & Co. (9160); HY-Alloy Steels Company (9160); Keystone Service, Inc. (9160); and Total Plastics, Inc. (3149). The location of the Debtors' headquarters and service address is 1420 Kensington Road, Suite 220, Oak Brook, IL 60523.

3. On July 25, 2017, the Debtors filed the *Debtors' Memorandum of Law in Support of Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Amended Prepackaged Joint Chapter 11 Plan of Reorganization* [Docket No. 215] (the "Confirmation Brief"). Attached as Exhibit A to the Confirmation Brief was the proposed Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Amended Prepackaged Joint Chapter 11 Plan of Reorganization (the "Proposed Confirmation Order").

4. On July 31, 2017, the Debtors filed the *Notice of Filing of Changed Pages to Order Approving the Debtors' Disclosure Statement For, and Confirming, the Debtors' Amended Prepackaged Joint Chapter 11 Plan of Reorganization* [Docket No. 236] reflecting certain changes to the Proposed Confirmation Order to resolve formal or informal objections.

5. On August 2, 2017, the Court held a hearing to consider confirmation of the Amended Plan (the "Hearing"), at which the Court had certain comments on the Proposed Confirmation Order.

6. Attached hereto as **Exhibit A** is a further revised Proposed Confirmation Order (the "Revised Confirmation Order") reflecting the Court's comments at the Hearing. The Revised Confirmation Order has been circulated among the parties and the Debtors have not received any objections to its submission.

7. Attached hereto as **Exhibit B** is a blackline copy of the changed pages only that are reflected in the Revised Confirmation Order.

8. Accordingly, the Debtors respectfully request entry of the Revised Confirmation Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated: August 2, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Richard M. Pachulski (CA Bar No. 90073)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box. 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
   jpomerantz@pszjlaw.com
   mlitvak@pszjlaw.com
   pkeane@pszjlaw.com

Counsel for the Debtors and Debtors-in-Possession