Claims Register Report
Date Range:06/18/2017-10/05/2017

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/27/2017 | 1 | American Alternative Insurance Corporation | Roanoke Group | 1475 E. Woodfield Rd #500 | | Schaumburg | IL | 60173 | $400,000.00 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 06/28/2017 | 2 | CDW, LLC | Attn Ronelle Erickson | 200 N. Milwaukee Ave | | Vernon Hills | IL | 60061 | $541.21 | Priority | | | | A.M. Castle & Co. | 17-11331 |
| 06/28/2017 | 2 | CDW, LLC | Attn Ronelle Erickson | 200 N. Milwaukee Ave | | Vernon Hills | IL | 60061 | $1,192.32 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 06/30/2017 | 3 | Energy Steel Products, LLC | | 7404 Railhead Lane | | Houston | TX | 77086 | $4,069.68 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 07/03/2017 | 4 | Duke Energy Carolinas | | 550 South Tryon Street DEC45A | | Charlotte | NC | 28202 | $6,499.36 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 07/03/2017 | 5 | Los Angeles County Treasurer and Tax Collector | | PO Box 54110 | | Los Angeles | CA | 90054 | W/D | Priority | | | | A.M. Castle & Co. | 17-11331 |
| 07/05/2017 | 6 | Riviera Finance, assignee for Economy Grinding and Straightening Inc | Riviera Finance | 5506 Sunol Blvd, Ste 203 | | Pleasanton | CA | 94566 | $2,303.00 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 07/07/2017 | 7 | DALLAS COUNTY | ELIZABETH WELLER | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 2777 N. STEMMONS FREEWAY, SUITE 1000 | DALLAS | TX | 75207 | $72,787.69 | Secured | | | | A.M. Castle & Co. | 17-11331 |
| 07/07/2017 | 8 | TARRANT COUNTY | ELIZABETH WELLER | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 2777 N. STEMMONS FREEWAY SUITE 1000 | DALLAS | TX | 75207 | $74,923.83 | Secured | | | | A.M. Castle & Co. | 17-11331 |
| 07/10/2017 | 9 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | $792.23 | Priority | | | | A.M. Castle & Co. | 17-11331 |
| 07/10/2017 | 10 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | $50.00 | General Unsecured | | | | Total Plastics, Inc. | 17-11334 |
| 07/11/2017 | 11 | HARRIS COUNTY, ET AL | JOHN P DILLMAN | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | PO BOX 3064 | HOUSTON | TX | 77253-3064 | $2,631,863.92 | Secured | | | | A.M. Castle & Co. | 17-11331 |
| 07/11/2017 | 12 | Cypress - Fairbanks ISD | Linebarger Goggan Blair & Sampson, LLF | PO Box 3064 | | Houson | TX | 77253-3064 | $1,693,038.93 | Secured | | | | A.M. Castle & Co. | 17-11331 |
| 07/13/2017 | 13 | Pitney Bowes Global Financial Services LLC | Pitney Bowes In | 27 Waterview Dr., 3rd Fl | | Shelton | CT | 06484 | $919.03 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 07/20/2017 | 14 | Northern Indiana Public Service Company | NIPSCO | 801 E. 86th Ave | | Merrillville | IN | 46410 | $59,194.84 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 07/19/2017 | 15 | Old Dominion Freight Line, Inc | | 500 Old Dominion Way | | Thomasville | NC | 27360 | $27,784.23 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 07/18/2017 | 16 | THIELSCH ENGINEERING | | 195 FRANCES AVENUE | | CRANSTON | RI | 02910 | $800.00 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 07/14/2017 | 17 | H & E Equipment Services, Inc | | 7500 Pecue Lane | | Baton Rouge | LA | 70809 | $885.03 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 07/14/2017 | 18 | Therm - Tech of Waukesha, Inc | | 301 Travis Lane | | Waukesha | WI | 53189 | $531.10 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 07/19/2017 | 19 | WU/LH 15 Excutive, LLC | Mark L. Lubelsky and Associates | 123 West 18th Street, Eighth Floor | | New York | NY | 10011 | UNLIQUIDATED | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 07/17/2017 | 20 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | HY-Alloy Steels Company | 17-11332 |
| 07/17/2017 | 20 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | $20,928,214.00 | Admin Priority | | | | HY-Alloy Steels Company | 17-11332 |
| 07/17/2017 | 21 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | HY-Alloy Steels Company | 17-11332 |
| 07/17/2017 | 22 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | HY-Alloy Steels Company | 17-11332 |
| 07/17/2017 | 22 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | $210,285.00 | General Unsecured | | | | HY-Alloy Steels Company | 17-11332 |
| 07/17/2017 | 23 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | $20,928,214.00 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 07/17/2017 | 23 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | A.M. Castle & Co. | 17-11331 |
| 07/17/2017 | 24 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | A.M. Castle & Co. | 17-11331 |
| 07/17/2017 | 24 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | $210,285.00 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 07/17/2017 | 25 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | A.M. Castle & Co. | 17-11331 |
| 07/17/2017 | 26 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | Keystone Service, Inc | 17-11333 |
| 07/17/2017 | 26 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | $210,285.00 | General Unsecured | | | | Keystone Service, Inc | 17-11333 |
| 07/17/2017 | 27 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | Keystone Service, Inc | 17-11333 |
| 07/17/2017 | 28 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | Keystone Service, Inc | 17-11333 |
| 07/17/2017 | 28 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | $20,928,214.00 | General Unsecured | | | | Keystone Service, Inc | 17-11333 |
| 07/17/2017 | 29 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | $20,928,214.00 | General Unsecured | | | | Total Plastics, Inc | 17-11334 |
| 07/17/2017 | 29 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | Total Plastics, Inc | 17-11334 |
| 07/17/2017 | 30 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | Total Plastics, Inc | 17-11334 |
| 07/17/2017 | 31 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | Total Plastics, Inc | 17-11334 |
| 07/17/2017 | 31 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | $210,285.00 | General Unsecured | | | | Total Plastics, Inc | 17-11334 |
| 07/17/2017 | 32 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | Keystone Tube Company, LLC | 17-11330 |
| 07/17/2017 | 33 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | Keystone Tube Company, LLC | 17-11330 |
| 07/17/2017 | 33 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | $210,285.00 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 07/17/2017 | 34 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | $20,928,214.00 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 07/17/2017 | 34 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | Washington | DC | 20005 | UNLIQUIDATED | Admin Priority | | | | Keystone Tube Company, LLC | 17-11330 |
| 07/24/2017 | 35 | WU/LH 15 Executive, LLC | Mark L. Lubelsky and Associates | 123 West 18th Street, Eighth Floor | | New York | NY | 10011 | UNLIQUIDATED | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 07/21/2017 | 36 | Regional Income Tax Agency | Attn Legal Dept | PO Box 470537 | | Broadview Heights | OH | 44147 | $204.99 | Priority | | | | A.M. Castle & Co. | 17-11331 |
| 07/21/2017 | 37 | Commonwealth Edison Company | ComEd Bankruptcy Department | 1919 Swift Drive | | Oakbrook Terrace | IL | 60523 | $3,021.88 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 07/21/2017 | 38 | Regional Income Tax Agency | Attn Legal Dept | PO Box 470537 | | Broadview Heights | OH | 44147 | $14,146.44 | Priority | | | | Keystone Tube Company, LLC | 17-11330 |
| 08/01/2017 | 39 | BANKDIRECT CAPITAL FINANCE | | 150 NORTH FIELD DRIVE, STE 190 | | LAKE FOREST | IL | 60045 | $372,025.99 | Secured | | | | Keystone Tube Company, LLC | 17-11330 |
| 08/04/2017 | 40 | Corporation Services Company | | 251 Little Falls | | Wilmington | DE | 19808 | $228.71 | General Unsecured | | | | Total Plastics, Inc | 17-11334 |
| 08/04/2017 | 41 | Corporation Service Company | | 251 Little Falls | | Wilmington | DE | 19808 | $239.21 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 08/04/2017 | 42 | Corporation Services Company | | 251 Little Falls | | Wilmington | DE | 19808 | $56.21 | General Unsecured | | | | Keystone Service, Inc | 17-11333 |
| 08/04/2017 | 43 | Corporation Services Company | | 251 Little Falls | | Wilmington | DE | 19808 | $2,463.53 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 08/04/2017 | 44 | Corporation Services Company | | 251 Little Falls | | Wilmington | DE | 19808 | $241.21 | General Unsecured | | | | HY-Alloy Steels Company | 17-11332 |
| 08/07/2017 | 45 | The Illuminating Company | | 5001 NASA Blvd | | Fairmont | WV | 26554 | $19,808.93 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 08/07/2017 | 46 | Tennessee Department of Revenue | TDOR c/o Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 | $88,897.62 | Priority | | | | Total Plastics, Inc | 17-11334 |
| 08/07/2017 | 46 | Tennessee Department of Revenue | TDOR c/o Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 | $19,139.63 | General Unsecured | | | | Total Plastics, Inc | 17-11334 |
| 08/10/2017 | 47 | National Grid | | 300 Erie Blvd W | | Syracuse | NY | 13202 | $261.10 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 08/10/2017 | 48 | GLAS Trust Company LLC | Richard Bernard, Esq | 90 Park Avenue | | New York | NY | 10016 | $25,889.58 | General Unsecured | | | | Keystone Service, Inc | 17-11333 |
| 08/10/2017 | 49 | GLAS Trust Company LLC | Richard Bernard, Esq | 90 Park Avenue | | New York | NY | 10016 | $25,889.58 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 08/10/2017 | 50 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfoge | Foley & Lardner LLP | 90 Park Avenue | New York | NY | 10016-1314 | UNLIQUIDATED | Admin Priority | | | | Keystone Tube Company, LLC | 17-11330 |
| 08/10/2017 | 50 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfoge | Foley & Lardner LLP | 90 Park Avenue | New York | NY | 10016-1314 | UNLIQUIDATED | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 08/10/2017 | 51 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfoge | Foley & Lardner LLP | 90 Park Avenue | New York | NY | 10016-1314 | UNLIQUIDATED | General Unsecured | | | | Total Plastics, Inc | 17-11334 |
| 08/10/2017 | 51 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfoge | Foley & Lardner LLP | 90 Park Avenue | New York | NY | 10016-1314 | UNLIQUIDATED | Admin Priority | | | | Total Plastics, Inc | 17-11334 |
| 08/10/2017 | 52 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfoge | Foley & Lardner LLP | 90 Park Avenue | New York | NY | 10016-1314 | UNLIQUIDATED | Admin Priority | | | | HY-Alloy Steels Company | 17-11332 |
| 08/10/2017 | 52 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfoge | Foley & Lardner LLP | 90 Park Avenue | New York | NY | 10016-1314 | UNLIQUIDATED | General Unsecured | | | | HY-Alloy Steels Company | 17-11332 |
| 08/07/2017 | 53 | Southern California Gas Company Mass Market Credit & Collections | | P.O. Box 30337 | | Los Angeles | CA | 90030 | $246.68 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 08/14/2017 | 54 | PECO Energy Company | | 2301 Market Street, S23-1 | | Philadelphia | PA | 19103 | $4,548.78 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 08/14/2017 | 55 | Ferrellgas Inc | | One Liberty Plaza MD 40 | | Liberty | MO | 64068 | $763.31 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 08/14/2017 | 56 | Pennsylvania Department of Revenue | | Bankruptcy Division PO Box 280946 | | Harrisburg | PA | 17128-0946 | $36,082.68 | Priority | | | | Total Plastics, Inc | 17-11334 |

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14/2017 | 56 | Pennsylvania Department of Revenue | | Bankruptcy Division PO Box 280946 | | Harrisburg | PA | 17128-0946 | $16,498.40 | General Unsecured | | | | Total Plastics, Inc | 17-11334 |
| 08/14/2017 | 57 | National Grid | | 300 Erie Blvd W | | Syracuse | NY | 13202 | $687.12 | General Unsecured | | | | Total Plastics, Inc | 17-11334 |
| 08/21/2017 | 58 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | U.S. Bank Equipment Finance | 1310 Madrid Street | | Marshall | MN | 56258 | $81,895.00 | Secured | | | | Total Plastics, Inc. | 17-11334 |
| 08/21/2017 | 58 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | U.S. Bank Equipment Finance | 1310 Madrid Street | | Marshall | MN | 56258 | $61,072.63 | General Unsecured | | | | Total Plastics, Inc. | 17-11334 |
| 08/25/2017 | 59 | Arlington Independent School District | Eboney Cobb | 500 East Border St, Suite 640 | | Arlington | TX | 76010 | $165,775.76 | Secured | | | | A.M. Castle & Co. | 17-11331 |
| 08/25/2017 | 60 | Verizon Business Global LLC, on behalf of its affiliates and subsidiaries | William M Vermette | 22001 Loudoun County Pkwy | | Ashburn | VA | 20147 | $8,945.32 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 08/29/2017 | 61 | Caterpillar Inc. | Attn A. Nellos | 100 NE Adams Street | | Peoria | IL | 61629 | $21,343.69 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 09/05/2017 | 62 | Penske Truck Leasing Co., L.P | | PO Box 563 | | Reading | PA | 19603-0563 | $1,015.00 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |
| 09/11/2017 | 63 | Rhode Island Division of Taxation | Bankruptcy Unit | One Capitol Hil | | Providence | RI | 02908 | $14,380.00 | Priority | | | | Total Plastics, Inc | 17-11334 |
| 09/11/2017 | 63 | Rhode Island Division of Taxation | Bankruptcy Unit | One Capitol Hil | | Providence | RI | 02908 | $1,295.58 | General Unsecured | | | | Total Plastics, Inc | 17-11334 |
| 09/12/2017 | 64 | Sheldon Independent School District | Owen M. Sonik | 1235 North Loop West Suite 600 | | Houston | TX | 77008 | $49.43 | Secured | | | | A.M. Castle & Co. | 17-11331 |
| 09/19/2017 | 65 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | P.O. Box 12548 | Austin | TX | 78711-2548 | $5,000.00 | Priority | | | | A.M. Castle & Co. | 17-11331 |
| 09/27/2017 | 66 | Massachusetts Department of Revenue | Collections Bureau - Bankruptcy Unit | Box 9564 | | Boston | MA | 02114-9564 | $614.00 | Admin Priority | | | | Total Plastics, Inc | 17-11334 |
| 09/27/2017 | 67 | Massachusetts Department of Revenue | | PO Box 9564 | | Boston | MA | 02114-9564 | $3,459.28 | Priority | | | | Total Plastics, Inc | 17-11334 |
| 09/27/2017 | 67 | Massachusetts Department of Revenue | | PO Box 9564 | | Boston | MA | 02114-9564 | $419.20 | General Unsecured | | | | Total Plastics, Inc | 17-11334 |
| 09/29/2017 | 68 | California Credits Group, LLC | | 251 S. Lake Ave #400 | | Pasadena | CA | 91101 | $72,773.00 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 10/02/2017 | 69 | INTERNATIONAL DECORATORS, INC. | | 28059 W. COMMERCIAL AVE. | | BARRINGTON | IL | 60010-2443 | $475.00 | General Unsecured | | | | Keystone Tube Company, LLC | 17-11330 |
| 10/03/2017 | 70 | Connecticut Department of Revenue Services | Bankruptcy Team | 450 Columbus Blvd. Ste. 1 | | Hartford | CT | 06103 | $251.31 | Priority | | | | A.M. Castle & Co. | 17-11331 |
| 10/03/2017 | 70 | Connecticut Department of Revenue Services | Bankruptcy Team | 450 Columbus Blvd. Ste. 1 | | Hartford | CT | 06103 | $299.38 | General Unsecured | | | | A.M. Castle & Co. | 17-11331 |