## Exhibit B

## Final Report

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KEYSTONE TUBE COMPANY, LLC,[1] et al., | Case No. 17-11330 (LSS) |
| Reorganized Debtors. | (Jointly Administered) |

## VERIFIED FINAL REPORT

Pursuant to the August 2, 2017 *Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Amended Prepackaged Joint Chapter 11 Plan of Reorganization* [Docket No. 244] (the "Confirmation Order") confirming the *Debtors' Amended Prepackaged Joint Chapter 11 Plan of Reorganization* (as attached to the Confirmation Order, and including all supplements and exhibits, the "Plan"),[2] which Plan became effective on August 31, 2017, the undersigned representative of the above-captioned reorganized debtors (the "Reorganized Debtors," and, before the each of the Effective Dates, the "Debtors")), does hereby declare that:

## PAYMENTS TO PROFESSIONALS

1.      The following summarizes the payments made by the Debtors to professionals for services rendered and fees and expenses incurred during the period from the Petition Date (June 18, 2017) through the Effective Date (August 31, 2017), excluding payments to Ordinary Course Professionals:

---

[1] The Reorganized Debtors, together with the last four digits of each Reorganized Debtor's tax identification number, are: Keystone Tube Company, LLC (8746); A.M. Castle & Co. (9160); HY-Alloy Steels Company (9160); Keystone Services, Inc. (9160); and Total Plastics, Inc. (3149). The location of the Reorganized Debtors' headquarters and service address is 1420 Kensington Road, Suite 220, Oak Brook, IL 60523.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan or Confirmation Order.

| PARTY / TYPE OF PAYMENT | FEES | EXPENSES |
|---|---|---|
| Bankruptcy Counsel for the Debtors<br><br>Pachulski Stang Ziehl & Jones LLP | $1,213,898.75 | $80,948.73 |
| Investment Banker and Financial Advisor for the Debtors<br><br>Imperial Capital, LLC | $2,183,870.97 | $16,925.49 |
| Special Counsel for the Debtors<br><br>Fenwick & West LLP | $1,008.00 | $30.24 |
| Tax Advisory Services Provider for the Debtors<br><br>Ernst & Young LLP | $154,603.08 | $58.00 |
| Independent Auditors for the Debtors<br><br>Deloitte & Touche LLP | $295,317.50 | $1,112.43 |
| Tax Services Provider<br><br>Deloitte Tax LLP | $96,688.75 | $1,601.94 |
| **TOTAL:** | **$3,945,387.05** | **$100,676.83** |

2. No trustee or examiner was appointed in these chapter 11 cases. Accordingly, no fees were incurred for a trustee or trustee's counsel.

3. On or before thirty (30) days after entry of a Final Decree pursuant to Bankruptcy Rule 3022, the Reorganized Debtors will pay any and all fees remaining due and payable pursuant to 28 U.S.C. § 1930(a)(6).

## DISTRIBUTIONS TO CREDITORS UNDER THE PLAN

4. All distributions required by the Plan to date have been made.

5. There are no pending adversary proceedings or contested matters in the chapter 11 cases.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: \_\_\_1/16\_\_\_, 2018

_____
Marec E. Edgar
Executive Vice President, General Counsel,
Secretary & Chief Administrative Officer