IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KEYSTONE TUBE COMPANY, LLC, | ) | Case No. 17-11330 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 309** |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| A.M. CASTLE & CO., | ) | Case No. 17-11331 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HY-ALLOY STEELS COMPANY, | ) | Case No. 17-11332 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KEYSTONE SERVICE, INC., | ) | Case No. 17-11333 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TOTAL PLASTICS, INC., | ) | Case No. 17-11334 (LSS) |
| | ) | |
| Debtor. | ) | |

**FINAL DECREE CLOSING CHAPTER 11 CASES AND
TERMINATING CERTAIN CLAIMS AND NOTICING SERVICES**

Upon consideration of the motion (the "Motion")[1] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") for entry of a final decree (this "Final Decree"), pursuant to section 350 of Bankruptcy Code, Bankruptcy Rule 3022, and Local

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Rule 3022-1, (a) closing the chapter 11 cases of the Reorganized Debtors, and (b) terminating certain claims and noticing services provided by Kurtzman Carson Consultants LLC ("KCC"); as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and Article XIII.A of the Plan; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, creditors, and other parties in interest; and this Court having found that notice of and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The following chapter 11 cases are hereby closed:

| Debtor: | Case Number: |
|---|---|
| Keystone Tube Company, LLC | 17-11330 |
| A.M. Castle & Co. | 17-11331 |
| HY-Alloy Steels Company | 17-11332 |
| Keystone Service, Inc. | 17-11333 |
| Total Plastics, Inc. | 17-11334 |

3. The Reorganized Debtors shall, on or before 30 days after entry of this Final Decree: (a) pay all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6); and (b) file with the Court and serve copies of final post-confirmation reports on the U.S. Trustee.

4. The Claims and Noticing Services are terminated in accordance with the Motion upon the completion of the services listed in paragraph 5 below. Thereafter, KCC shall have no further obligations to this Court, the Reorganized Debtors, the Estates or any other party in interest with respect to the Claims and Noticing Services in these chapter 11 cases.

5. Pursuant to Local Rule 2002-1(f)(ix), within 30 days of entry of this Final Decree, KCC shall (a) forward to the Clerk of the Court an electronic version of all imaged proofs of claim, (b) upload the creditor mailing list into CM/ECF and (c) file a Final Claims Register containing claims asserted in all of the debtors' cases on the docket of the lead case (jointly administered Case No. 17-11330 (LSS)). KCC also shall box and deliver all original proofs of claim to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and file a completed SF-135 Form indicating the accession and location numbers of the archived claims. In addition, pursuant to Local Rule 2002-1(f)(xii), KCC shall file a Final Claims Register on the docket of each jointly-administered case containing only the claims asserted in that specific case.

6. If KCC receives any mail regarding the Reorganized Debtors or the Estates after entry of this Final Decree, KCC will collect and forward such mail to the Reorganized Debtors no less frequently than monthly.

7. Nothing herein shall limit the right of any party in interest to seek to reopen the Reorganized Debtors' cases pursuant to section 350 of the Bankruptcy Code, Bankruptcy Rule 5010, or any other applicable law.

8. The Reorganized Debtors are authorized and empowered, and may in their discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Final Decree.

9. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

10. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, implementation, and/or enforcement of this Final Decree.

Dated: February 5, 2018

Honorable Laurie Selber Silverstein
United States Bankruptcy Judge