Claims Register Report
Date Range:06/18/2017-03/05/2018

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/27/2017 | 1 | American Alternative Insurance Corporation | Roanoke Group | 1475 E. Woodfield Rd #500 | | | Schaumburg | IL | 60173 | | $400,000.00 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 08/25/2017 | 59 | Arlington Independent School District | Eboney Cobb | 500 East Border St, Suite 640 | | | Arlington | TX | 76010 | | $165,775.76 | Secured | A.M. Castle & Co. | 17-11331 |
| 08/01/2017 | 39 | BANKDIRECT CAPITAL FINANCE | | 150 NORTH FIELD DRIVE, STE 190 | | | LAKE FOREST | IL | 60045 | | $372,025.99 | Secured | Keystone Tube Compa | 17-11330 |
| 01/05/2018 | 78 | BellSouth Communications, Inc. | Karen A. Cavagnaro - Lead Paralegal | c/o AT&T Services, Inc | One AT&T Way, Room 3A104 | | Bedminster | NJ | 07921 | | $800.67 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 09/29/2017 | 68 | California Credits Group, LLC | | 251 S. Lake Ave #400 | | | Pasadena | CA | 91101 | | $72,773.00 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 08/29/2017 | 61 | Caterpillar Inc. | Attn A. Nellos | 100 NE Adams Street | | | Peoria | IL | 61629 | | $21,343.69 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 06/28/2017 | 2 | CDW, LLC | Attn Ronelle Erickson | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | | $541.21 | Priority | A.M. Castle & Co. | 17-11331 |
| 06/28/2017 | 2 | CDW, LLC | Attn Ronelle Erickson | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | | $1,192.32 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 07/21/2017 | 37 | Commonwealth Edison Company | ComEd Bankruptcy Department | 1919 Swift Drive | | | Oakbrook Terrace | IL | 60523 | | $3,021.88 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 10/03/2017 | 70 | Connecticut Department of Revenue Services | Bankruptcy Team | 450 Columbus Blvd. Ste. 1 | | | Hartford | CT | 06103 | | $251.31 | Priority | A.M. Castle & Co. | 17-11331 |
| 10/03/2017 | 70 | Connecticut Department of Revenue Services | Bankruptcy Team | 450 Columbus Blvd. Ste. 1 | | | Hartford | CT | 06103 | | $299.38 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 08/04/2017 | 41 | Corporation Service Company | | 251 Little Falls | | | Wilmington | DE | 19808 | | $239.21 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 08/04/2017 | 40 | Corporation Services Company | | 251 Little Falls | | | Wilmington | DE | 19808 | | $228.71 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 08/04/2017 | 42 | Corporation Services Company | | 251 Little Falls | | | Wilmington | DE | 19808 | | $56.21 | General Unsecured | Keystone Service, Inc. | 17-11333 |
| 08/04/2017 | 43 | Corporation Services Company | | 251 Little Falls | | | Wilmington | DE | 19808 | | $2,463.53 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 08/04/2017 | 44 | Corporation Services Company | | 251 Little Falls | | | Wilmington | DE | 19808 | | $241.21 | General Unsecured | HY-Alloy Steels Compa | 17-11332 |
| 07/11/2017 | 12 | Cypress - Fairbanks ISD | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | | Houson | TX | 77253-3064 | | $1,693,038.93 | Secured | A.M. Castle & Co. | 17-11331 |
| 07/07/2017 | 7 | DALLAS COUNTY | ELIZABETH WELLER | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 2777 N. STEMMONS FREEWAY, SUITE 1000 | | DALLAS | TX | 75207 | | $72,787.69 | Secured | A.M. Castle & Co. | 17-11331 |
| 07/03/2017 | 4 | Duke Energy Carolinas | | 550 South Tryon Street DEC45A | | | Charlotte | NC | 28202 | | $6,499.36 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 06/30/2017 | 3 | Energy Steel Products, LLC | | 7404 Railhead Lane | | | Houston | TX | 77086 | | $4,069.68 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 08/14/2017 | 55 | Ferrellgas Inc | | One Liberty Plaza MD 40 | | | Liberty | MO | 64068 | | $763.31 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 10/10/2017 | 71 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | UNLIQUIDATED | | A.M. Castle & Co. | 17-11331 |
| 10/10/2017 | 71 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | $25,749.55 | Secured | A.M. Castle & Co. | 17-11331 |
| 10/10/2017 | 72 | Franchise Tax Board | | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | UNLIQUIDATED | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 08/10/2017 | 48 | GLAS Trust Company LLC | Richard Bernard, Esq | 90 Park Avenue | | | New York | NY | 10016 | | $25,889.58 | General Unsecured | Keystone Service, Inc. | 17-11333 |
| 08/10/2017 | 49 | GLAS Trust Company LLC | Richard Bernard, Esq | 90 Park Avenue | | | New York | NY | 10016 | | $25,889.58 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 08/10/2017 | 50 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfogel | Foley & Lardner LLP | 90 Park Avenue | | New York | NY | 10016-1314 | | UNLIQUIDATED | | Keystone Tube Compa | 17-11330 |
| 08/10/2017 | 50 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfogel | Foley & Lardner LLP | 90 Park Avenue | | New York | NY | 10016-1314 | | UNLIQUIDATED | Admin Priority | Keystone Tube Compa | 17-11330 |
| 08/10/2017 | 51 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfogel | Foley & Lardner LLP | 90 Park Avenue | | New York | NY | 10016-1314 | | UNLIQUIDATED | Admin Priority | Total Plastics, Inc. | 17-11334 |
| 08/10/2017 | 51 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfogel | Foley & Lardner LLP | 90 Park Avenue | | New York | NY | 10016-1314 | | UNLIQUIDATED | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 08/10/2017 | 52 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfogel | Foley & Lardner LLP | 90 Park Avenue | | New York | NY | 10016-1314 | | UNLIQUIDATED | General Unsecured | HY-Alloy Steels Compa | 17-11332 |
| 08/10/2017 | 52 | GLAS Trust Company LLC | Richard J Bernard & Douglas E Spelfogel | Foley & Lardner LLP | 90 Park Avenue | | New York | NY | 10016-1314 | | UNLIQUIDATED | Admin Priority | HY-Alloy Steels Compa | 17-11332 |
| 07/14/2017 | 17 | H & E Equipment Services, Inc | | 7500 Pecue Lane | | | Baton Rouge | LA | 70809 | | $885.03 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 07/11/2017 | 11 | HARRIS COUNTY, ET AL | JOHN P DILLMAN | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | | $2,631,863.92 | Secured | A.M. Castle & Co. | 17-11331 |
| 10/02/2017 | 69 | INTERNATIONAL DECORATORS, INC. | | 28059 W. COMMERCIAL AVE. | | | BARRINGTON | IL | 60010-2443 | | $475.00 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 07/03/2017 | 5 | Los Angeles County Treasurer and Tax Collector | | PO Box 54110 | | | Los Angeles | CA | 90054 | | W/D | Priority | A.M. Castle & Co. | 17-11331 |
| 09/27/2017 | 66 | Massachusetts Department of Revenue | Collections Bureau - Bankruptcy Unit | Box 9564 | | | Boston | MA | 02114-9564 | | $614.00 | Admin Priority | Total Plastics, Inc. | 17-11334 |
| 09/27/2017 | 67 | Massachusetts Department of Revenue | | PO Box 9564 | | | Boston | MA | 02114-9564 | | $3,459.28 | Priority | Total Plastics, Inc. | 17-11334 |
| 09/27/2017 | 67 | Massachusetts Department of Revenue | | PO Box 9564 | | | Boston | MA | 02114-9564 | | $419.20 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 08/10/2017 | 47 | National Grid | | 300 Erie Blvd W | | | Syracuse | NY | 13202 | | $261.10 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 08/14/2017 | 57 | National Grid | | 300 Erie Blvd W | | | Syracuse | NY | 13202 | | $687.12 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 07/10/2017 | 9 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | $792.23 | Priority | A.M. Castle & Co. | 17-11331 |
| 07/10/2017 | 10 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | $50.00 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 10/20/2017 | 74 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | $3,353.00 | Priority | Total Plastics, Inc. | 17-11334 |
| 10/20/2017 | 74 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | $739.00 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 07/20/2017 | 14 | Northern Indiana Public Service Company | NIPSCO | 801 E. 86th Ave | | | Merrillville | IN | 46410 | | $59,194.84 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 07/19/2017 | 15 | Old Dominion Freight Line, Inc. | | 500 Old Dominion Way | | | Thomasville | NC | 27360 | | $27,784.23 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 23/01/2017 | 54 | PECO Energy Company | | 2301 Market Street, S23-1 | | | Philadelphia | PA | 19103 | | $4,548.78 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 08/14/2017 | 56 | Pennsylvania Department of Revenue | | Bankruptcy Division PO Box 280946 | | | Harrisburg | PA | 17128-0946 | | $36,082.68 | Priority | Total Plastics, Inc. | 17-11334 |
| 08/14/2017 | 56 | Pennsylvania Department of Revenue | | Bankruptcy Division PO Box 280946 | | | Harrisburg | PA | 17128-0946 | | $16,498.40 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 07/17/2017 | 20 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | HY-Alloy Steels Compa | 17-11332 |
| 07/17/2017 | 20 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | $20,928,214.00 | General Unsecured | HY-Alloy Steels Compa | 17-11332 |
| 07/17/2017 | 21 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | HY-Alloy Steels Compa | 17-11332 |
| 07/17/2017 | 22 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | HY-Alloy Steels Compa | 17-11332 |
| 07/17/2017 | 22 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | $210,285.00 | General Unsecured | HY-Alloy Steels Compa | 17-11332 |
| 07/17/2017 | 23 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | $20,928,214.00 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 07/17/2017 | 23 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | A.M. Castle & Co. | 17-11331 |
| 07/17/2017 | 24 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | A.M. Castle & Co. | 17-11331 |

Claims Register Report
Date Range:06/18/2017-03/05/2018

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/2017 | 24 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | $210,285.00 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 07/17/2017 | 25 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | A.M. Castle & Co. | 17-11331 |
| 07/17/2017 | 26 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | Keystone Service, Inc. | 17-11333 |
| 07/17/2017 | 26 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | $210,285.00 | General Unsecured | Keystone Service, Inc. | 17-11333 |
| 07/17/2017 | 27 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | Keystone Service, Inc. | 17-11333 |
| 07/17/2017 | 28 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | Keystone Service, Inc. | 17-11333 |
| 07/17/2017 | 28 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | $20,928,214.00 | General Unsecured | Keystone Service, Inc. | 17-11333 |
| 07/17/2017 | 29 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | $20,928,214.00 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 07/17/2017 | 29 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | Total Plastics, Inc. | 17-11334 |
| 07/17/2017 | 30 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | Total Plastics, Inc. | 17-11334 |
| 07/17/2017 | 31 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | Total Plastics, Inc. | 17-11334 |
| 07/17/2017 | 31 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | $210,285.00 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 07/17/2017 | 32 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | Keystone Tube Compa | 17-11330 |
| 07/17/2017 | 33 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | Keystone Tube Compa | 17-11330 |
| 07/17/2017 | 33 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | $210,285.00 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 07/17/2017 | 34 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | $20,928,214.00 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 07/17/2017 | 34 | Pension Benefit Guaranty Corporation | Office of the Chief Counsel, Attn Louisa Soulard | 1200 K. Street, N.W., Suite 320 | | | Washington | DC | 20005 | | UNLIQUIDATED | Admin Priority | Keystone Tube Compa | 17-11330 |
| 09/05/2017 | 62 | Penske Truck Leasing Co., L.P. | | PO Box 563 | | | Reading | PA | 19603-0563 | | $1,015.00 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 07/13/2017 | 13 | Pitney Bowes Global Financial Services LLC | Pitney Bowes In | 27 Waterview Dr., 3rd Fl | | | Shelton | CT | 06484 | | $919.03 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 07/21/2017 | 36 | Regional Income Tax Agency | Attn Legal Dept | PO Box 470537 | | | Broadview Heights | OH | 44147 | | $204.99 | Priority | A.M. Castle & Co. | 17-11331 |
| 07/21/2017 | 38 | Regional Income Tax Agency | Attn Legal Dept | PO Box 470537 | | | Broadview Heights | OH | 44147 | | $14,146.44 | Priority | Keystone Tube Compa | 17-11330 |
| 09/11/2017 | 63 | Rhode Island Division of Taxation | Bankruptcy Unit | One Capitol Hill | | | Providence | RI | 02908 | | $14,380.00 | Priority | Total Plastics, Inc. | 17-11334 |
| 09/11/2017 | 63 | Rhode Island Division of Taxation | Bankruptcy Unit | One Capitol Hill | | | Providence | RI | 02908 | | $1,295.58 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 12/20/2017 | 77 | Rhode Island Division of Taxation | Bankruptcy Unit | One Capitol Hill | | | Providence | RI | 02908 | | $2,333.57 | Priority | A.M. Castle & Co. | 17-11331 |
| 12/20/2017 | 77 | Rhode Island Division of Taxation | Bankruptcy Unit | One Capitol Hill | | | Providence | RI | 02908 | | $586.50 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 07/05/2017 | 6 | Riviera Finance, assignee for Economy Grinding and Straightening Inc | Riviera Finance | 5506 Sunol Blvd, Ste 203 | | | Pleasanton | CA | 94566 | | $2,303.00 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 09/12/2017 | 64 | Sheldon Independent School District | Owen M. Sonik | 1235 North Loop West Suite 600 | | | Houston | TX | 77008 | | $49.43 | Secured | A.M. Castle & Co. | 17-11331 |
| 08/07/2017 | 53 | Southern California Gas Company Mass Market Credit & Collections | | P.O. Box 30337 | | | Los Angeles | CA | 90030 | | $246.68 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 11/06/2017 | 76 | State of New Jersey Division of Taxation and Bankruptcy Section | State of NJ Division of Taxation Bankruptcy | PO Box 245 | | | Trenton | NJ | 08695 | | $9,682.28 | Priority | Total Plastics, Inc. | 17-11334 |
| 10/18/2017 | 73 | State of New Jersey Division of Taxation Bankruptcy Section | State of NJ Division of Taxation Bankruptcy | PO Box 245 | | | Trenton | NJ | 08695 | | $3,920.00 | Priority | A.M. Castle & Co. | 17-11331 |
| 10/18/2017 | 73 | State of New Jersey Division of Taxation Bankruptcy Section | State of NJ Division of Taxation Bankruptcy | PO Box 245 | | | Trenton | NJ | 08695 | | $5,340.00 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 07/07/2017 | 8 | TARRANT COUNTY | ELIZABETH WELLER | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 | | $74,923.83 | Secured | A.M. Castle & Co. | 17-11331 |
| 08/07/2017 | 46 | Tennessee Department of Revenue | TDOR c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | | $88,897.62 | Priority | Total Plastics, Inc. | 17-11334 |
| 08/07/2017 | 46 | Tennessee Department of Revenue | TDOR c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | | $19,139.63 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 09/19/2017 | 65 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | P.O. Box 12548 | | Austin | TX | 78711-2548 | | W/D | Priority | A.M. Castle & Co. | 17-11331 |
| 08/07/2017 | 45 | The Illuminating Company | | 5001 NASA Blvd | | | Fairmont | WV | 26554 | | $19,808.93 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 10/23/2017 | 75 | The Ohio Department of Taxation | Bankruptcy Div. | PO Box 530 | | | Columbus | OH | 43216 | | W/D | Priority | Total Plastics, Inc. | 17-11334 |
| 10/23/2017 | 75 | The Ohio Department of Taxation | Bankruptcy Div. | PO Box 530 | | | Columbus | OH | 43216 | | W/D | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 07/14/2017 | 18 | Therm - Tech of Waukesha, Inc | | 301 Travis Lane | | | Waukesha | WI | 53189 | | $531.10 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 07/18/2017 | 16 | THIELSCH ENGINEERING | | 195 FRANCES AVENUE | | | CRANSTON | RI | 02910 | | $800.00 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 08/21/2017 | 58 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | U.S. Bank Equipment Finance | 1310 Madrid Street | | | Marshall | MN | 56258 | | $81,895.00 | Secured | Total Plastics, Inc. | 17-11334 |
| 08/21/2017 | 58 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | U.S. Bank Equipment Finance | 1310 Madrid Street | | | Marshall | MN | 56258 | | $61,072.63 | General Unsecured | Total Plastics, Inc. | 17-11334 |
| 01/23/2018 | 79 | United Parcel Service | c/o RMS (an iQor Company) | PO Box 361345 | | | Columbus | OH | 43236 | | $1,872.95 | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 08/25/2017 | 60 | Verizon Business Global LLC, on behalf of its affiliates and subsidiaries | William M Vermette | 22001 Loudoun County Pkwy | | | Ashburn | VA | 20147 | | $8,945.32 | General Unsecured | Keystone Tube Compa | 17-11330 |
| 07/19/2017 | 19 | WU/LH 15 Excutive, LLC | Mark L. Lubelsky and Associates | 123 West 18th Street, Eighth Floor | | | New York | NY | 10011 | | UNLIQUIDATED | General Unsecured | A.M. Castle & Co. | 17-11331 |
| 07/24/2017 | 35 | WU/LH 15 Executive, LLC | Mark L. Lubelsky and Associates | 123 West 18th Street, Eighth Floor | | | New York | NY | 10011 | | UNLIQUIDATED | General Unsecured | Keystone Tube Compa | 17-11330 |